ORIGINAL

**FILED**

05/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0208

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0208

BRYAN HUGH HINDMAN,

Petitioner,

v.

PETE BLUDWORTH, Warden,
Crossroads Correctional Center,

Respondent.

**FILED**

MAY 10 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Bryan Hugh Hindman has filed a Petition for Writ of Habeas Corpus, contending that he is due an additional 571 days of street time credit along with the 1,254 days of credit he received in a September 9, 2021 judgment, imposing a sentence upon revocation, issued in the Fourth Judicial District Court, Missoula County. Hindman includes copies of the sentencing judgments and sentence calculations.

Upon review of this Court's docket, we observe that Hindman has an appeal pending of this same judgment. *State v. Hindman*, No. DA 21-0548, Notice of Appeal filed Nov. 3, 2021. Hindman has counsel to represent him in this appeal, and briefing has not begun. The remedy of habeas corpus is not a substitute for a direct appeal of a conviction and sentence. An appeal is the proper forum to in which to litigate the issues. *State v. Wright*, 2001 MT 282, ¶¶ 36-37, 307 Mont. 349, 42 P.3d 753.

Without reaching the merits, we must dismiss Hindman's petition for habeas corpus relief. Accordingly,

IT IS ORDERED that Hindman's Petition for Writ of Habeas Corpus is DISMISSED, without prejudice.

The Clerk is directed to provide a copy of this Order to counsel of record; to Chad M. Wright, Appellate Defender Division; to Kirsten H. Pabst, Missoula County Attorney; and to Bryan Hugh Hindman personally.

DATED this 10th day of May, 2022.

_____

_____

_____

_____

_____
                              Justices